# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TAMARA NICHOLS**                                                                                          **PLAINTIFF**

**V.**                                         **4:09CV00308-WRW**

**UNITED STATES OF AMERICA**                                                             **DEFENDANT**

## ORDER

Pending is Ace American Insurance Company's Motion to Intervene (Doc. No. 8). The named parties have not responded, and the time for doing so has passed.[1] Accordingly, Ace American Insurance Company's Motion to Intervene is GRANTED.

IT IS SO ORDERED this 20th day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Response was due November 13, 2009.