# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TAMARA NICHOLS**                                            **PLAINTIFF**

**v.**              **Case No. 4:09-cv-308-DPM**

**THE UNITED STATES OF AMERICA**                 **DEFENDANT**

**ACE AMERICAN INSURANCE COMPANY**         **INTERVENOR**

## JUDGMENT

The Complaint and Complaint in Intervention are dismissed with prejudice.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

10 May 2011